JPML FORM 1A - Continuation                DOCKET ENTRIES -- p. 2

DOCKET NO. _____ -- _____

| Date | No. Code | |
|---|---|---|
| 11/16/76 | | CONSENT OF TRANSFEREE COURT -- FOR JUDGE PRENTICE H. MARSHALL TO HANDLE LITIGATION IN THE N.D. ILLINOIS UNDER 28 U.S.C. §1407. |
| | | ORDER -- TRANSFERRING A-7 THRU A-11 AND B-4 THRU B-8 TO THE N.D. ILLINOIS TO BE COORDINATED OR CONSOLIDATED WITH A-1 THRU A-6 AND B-1 THRU B-3 FOR PRETRIAL PROCEEDINGS UNDER 28 U.S.C. §1407 BEFORE JUDGE MARSHALL |
| 11/19/76 | C-1 | Puerto Rican Farms, Inc. etc. v. Amax, Inc., et al. S.D. N.Y. 76Civ-4515. CTO filed today. Notified counsel, involved judges. |
| 12/6/76 | C-1 | Puerto Rican Farms, Inc. etc. v. Amax, Inc., et al. S.D. N.Y. 76Civ-4515. CTO FINAL TODAY. NOTIFIED TRANSFEREE CLERK, JUDGE, INVOLVED CLERK AND JUDGE. |
| 4/15/77 | | C-2 BERT ROWLAND V. AMAX, INC., ET AL., E.D. KY., 77-54 CTO filed today. Notified counsel, involved judges |
| 5/3/77 | | C-2 Bert Rowland v. Amax, Inc., et al., E.D.KY., 77-54 CTO final today. Notified involved clerks and judges. |

JPML FORM 1A - Continuation　　　　　　　　　DOCKET ENTRIES -- p. 2

DOCKET NO. _____--_____

| Date | No. Code | |
|---|---|---|
| 11/16/76 | | CONSENT OF TRANSFEREE COURT -- FOR JUDGE PRENTICE H. MARSHALL TO HANDLE LITIGATION IN THE N.D. ILLINOIS UNDER 28 U.S.C. §1407. |
| | | ORDER -- TRANSFERRING A-7 THRU A-11 AND B-4 THRU B-8 TO THE N.D. ILLINOIS TO BE COORDINATED OR CONSOLIDATED WITH A-1 THRU A-6 AND B-1 THRU B-3 FOR PRETRIAL PRECEEDINGS UNDER 28 U.S.C. §1407 BEFORE JUDGE MARSHALL |
| 11/19/76 | C-1 | Puerto Rican Farms, Inc. etc. v. Amax, Inc., et al. S.D. N.Y. 76Civ-4515. CTO filed today. Notified counsel, involved judges. |
| 12/6/76 | C-1 | Puerto Rican Farms, Inc. etc. v. Amax, Inc., et al. S.D. N.Y. 76Civ-4515. CTO FINAL TODAY. NOTIFIED TRANSFEREE CLERK, JUDGE, INVOLVED CLERK AND JUDGE. |
| 4/15/77 | | C-2 BERT ROWLAND V. AMAX, INC., ET AL., E.D. KY., 77-54  CTO filed today. Notified counsel, involved judges |
| 5/3/77 | | C-2 Bert Rowland v. Amax, Inc., et al., E.D.KY., 77-54  CTO final today. Notified involved clerks and judges. |

CAPTION: __IN RE POTASH INDUSTRY ANTITRUST LITIGATION__

## Summary of Panel Actions

Date(s) of Hearing(s) _____

Consolidation Ordered __✓__    Consolidation Denied _____

Opinion and/or Order __11/16/76__ _____ _____

Citation _____ _____ _____

Transferee District __N.D. Illinois__    Transferee Judge __PRENTICE H. MARSHALL__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Scien-Turf-Ic Sod Farms, Inc. v. Amax, Inc., et al. | N.D.Ill. Will | 76-C-2855 | | | 8/25/77 | |
| A-2 | George W. Vineyard v. Amax, Inc., et al. | N.D.Ill. Leighton | 76-C-2833 | | | 8/25/77 | |
| A-3 | John Hogan, et al. v. Amax, Inc., et al. | N.D.Ill. Will | 76-C-2854 | | | 8/25/77 | |
| A-4 | Morcor, Inc., et al. v. Amax, Inc., et al. | N.D.Ill. Will | 76-C-2522 | | | 14/9/78 | |
| A-5 | Paul Brandlin v. Amax, Inc., et al. | N.D.Ill. Will | 76-C-2966 | | | 8/25/77 | |
| A-6 | The State of Illinois, etc. v. Amax, Inc., et al. | N.D.Ill. McGarr | 76-C-3135 | | | 6/13/78 | |
| A-7 | Fairway Club, Ltd. v. Freeport Minerals Co., et al. | S.D.N.Y. Motley | 76-C-3267 | 11/16/76 | 76C4513 | 8/25/77 | |
| A-8 | Smith & Brooks, Inc. v. Amax, Inc., et al. | S.D.N.Y. Pierce | 76-C-3079 | 11/16/76 | 76C4512 | 8/25/77 | |
| A-9 | Howard Williams, et al. v. Amax, Inc., et al. | E.D.Tex. Justice | P-76-32-Ca | 11/16/76 | 76C4455 | 8/25/77 | |
| A-10 | Dunning Farms, Inc. v. Amax, Inc., et al. | S.D.Ohio Porter | C-1-76-401 | 11/16/76 | 76C4393 | 8/25/77 | |

DOCKET NO. 272 -- IN RE POTASH INDUSTRY ANTITRUST LITIGATION -- P. 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | Stine Seed Farm, Inc., et al. v. Amax, Inc., et al. | S.D.Iowa Hanson | 76-262-2 | 11/16/76 | 76C4394 | √ 8/25/77 | |
| B-1 | Maude Albrecht, etc. v. Amax, Inc., et al. | N.D.Ill Kirkland | 76-C-3252 | | | √ 8/25/77 | |
| B-2 | Rossville Packing Co., et al. v. Amax, Inc., et al. | N.D.Ill Will | 76-C-3371 | | | √ 8/25/77 | |
| B-3 | Wellco Chemical Co. v. Amax, Inc. et al. | N.D.Ill Grady | 76-C-3583 | | | √ 8/25/77 | |
| B-4 | Kenneth P. Champney v. Amax, Inc., et al. | E.D.Pa. Newcomer | 76-2573 | 11/16/76 | 76C4451 | 6/13/78 | |
| B-5 | Paul E. Labe v. Amax, Inc., et al. | E.D.Pa. Newcomer | 76-2552 | 11/16/76 | 76C4450 | √ 8/25/77 | |
| B-6 | Suwannee Valley Cattle Co. v. FReeport Minerals Co., et al. | S.D.Fla Roettger | 76-1564-Civ-NCR | 11/16/76 | 76C4429 | √ 8/25/77 | |
| B-7 | Philip and Shirley George v. Amax Inc., et al. | D.VT Coffrin | 76-190 | 11/16/76 | 76C4382 | 6/13/78 | |
| B-8 | Garth C. Dooley, et al. v. Amax, Inc., et al. | N.D.Tex Higginbothem | CA 3-76-1286-G | 11/16/76 | 76C4452 | √ 8/25/77 | |
| XYZ-1 | J. T. Hamrick, etc. v. Amax, Inc., et al. | N.D.Ill | 76C3860 | | | √ 8/25/77 | |
| XYZ-2 | American Agronomics Corp. et al. v. Amax, Inc., et al. | N.D.Ill | 76C3708 | | | √ 8/25/77 | |
| XYZ-3 | Louis A. Kopple Family Trust v. Amax, Inc., et al. | N.D.Ill | 76C4036 | | | √ 8/25/77 | |

DOCKET NO. 272 -- IN RE POTASH INDUSTRY ANTITRUST LITIGATION -- P. 3

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-1 | Puerto Rican Farms, Inc. etc. v. Amax, Inc., et al.  11/19/76 | S.D.N.Y. Pierce | 76Civ 4515 | 12/6/76 | 77C 90 | 8/25/77 | |
| C-2 | Bert Rowland v. Amax, Inc., et al.  4/15/77 | E.D.KY Moynahan | 77-54 | 5/3/77 | 77-54 | 8/25/77 | |
| XYZ-4 | Marion Nance, etc. v. Amax, Inc., et al. | N.D.Ill | 76C4235 | | | 8/25/77 | |
| XYZ-5 | State of Connecticut, etc. v. Amax Inc., et al. | N.D.Ill | 76C4174 | | | 8/25/77 | |
| XYZ-6 | Lawrence E. Hein, etc. v. Amax, Inc., et al. | N.D.Ill | 76C3687 | | | 8/25/77 | |
| XYZ-7 | Gene E. Fisher, etc. v. Amax, Inc., et al. | N.D.Ill | 76C4753 | | | 8/25/77 | |
| XYZ-8 | State of Minnesota, etc. v. Amax, Inc., et al. | N.D.Ill | 77C1530 | | | 6/13/78 | |

July 1977   12 Tr - 19 XYZ - 29 Reg
July 1978 - 12 Tr - 17 XYZ - 22 D/S - 7 Reg.
July 1979 - Closed

JPML Form 4

Sept. 9, 1976

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 272 -- IN RE POTASH INDUSTRY ANTITRUST LITIGATION

---

SCIEN-TURF-IC SOC FARMS, INC. (A-1)
Lawrence Walner, Esquire
Lawrence Walner & Associates, Ltd.
221 N. LaSalle St., Suite 1748
Chicago, Illinois 60601

GEORGE W. VINYARD (A-2)
Lowell E. Sachnoff, Esquire
Sachnoff, Schrager, Jones & Weaver, Ltd.
One IBM Plaza, Rm. 4700
Chicago, Illinois 60611

JOHN HOGAN, ET AL. (A-3)
Charles Barnhill, Jr., Esquire
Davis, Miner & Barnhill
14 West Erie Street
Chicago, Illinois 60610

MORCOR, INC., ET AL. (A-4)
Richard J. Rappaport, Esquire
Ross, Hardies, O'Keefe, Babcock & Parsons
One IBM Plaza, Suite 3100
Chicago, Illinois 60611

PAUL BRANDLIN (A-5)
Elwood S. Kendrick, Esquire
Kendrick & Subkow
612 South Flower Street
Los Angeles, California 90017

STATE OF ILLINOIS, ETC. (A-6)
John E. Noel, Esquire
Assistant Attorney General
188 West Randolph St., Suite 300
Chicago, Illinois 60601

FAIRWAY CLUB, LTD. (A-7)
Ira Jay Sands, Esquire
515 Maidson Avenue
New York, NY 10022

SMITH & BROOKS, INC. (A-8)
Alfred S. Julien, Esquire
Julien & Schlesinger, P.C.
2 Lafayette Street
New York, New York 10007

HOWARD WILLIAMS, ET AL. (A-9)
Howard A. Specter, Esquire
Litman, Litman, Harris & Specter, P.A.
1320 Grant Building
Pittsburgh, PA 15219

DUNNING FARMS, INC. (A-10)
Gene Mesh, Esquire
Gene Mesh Co., L.P.A.
2005 Central Trust Tower
Cincinnati, Ohio 45202

STINE SEED FARMS, INC., ET AL. (A-11)
Dwight W. James, Esquire
Dickinson, Throckmorton, Parker,
    Mannheimer & Raife
1600 Financial Center
Des Moines, Iowa 50309

AMAX INC.
AMAX CHEMICAL CORPORATION
John L. Warden, Esquire
Sullivan & Cromwell
48 Wall Street
New York, New York 10005

DUVAL CORPORATION
DUVAL SALES CORPORATION
E. William Barnett, Esquire
Baker & Botts
One Shell Plaza
Houston, Texas 77002

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 272 -- IN RE POTASH INDUSTRY ANTITRUST LITIGATION

| | |
|---|---|
| FREEPORT MINERALS COMPANY<br>NATIONAL POTASH COMPANY<br>Howard Adler, Jr., Esquire<br>Bergson, Borkland, Margolis & Adler<br>11 DuPont Circle, N.W.<br>Washington, D.C. 20036<br><br>INTERNATIONAL MINERALS & CHEMICAL CORP.<br>H. Blair White, Esquire<br>Sidley & Austin<br>One First National Plaza<br>Chicago, Illinois 60603<br><br>POTASH COMPANY OF AMERICA<br>IDEAL BASIC INDUSTRIES, INC.<br>Dale R. Harris, Esquire<br>Davis, Graham & Stubbs<br>2600 Colorado National Building<br>Denver, Colorado 80202<br><br>KERR-McGEE CORPORATION<br>Thomas W. Johnston, Esquire<br>Chadwell, Kayser, Ruggles, McGee<br>  & Hastings<br>135 South LaSalle St., Rm. 2360<br>Chicago, Illinois 60603<br><br>ESTATE OF MAUDE ALBRECHT (B-1)<br>Michael J. Freed, Esquire<br>Anthony C. Valiulis, Esquire<br>Much, Schlist, Freed,<br>  Denenberg & Ament<br>105 W. Madison St.<br>Suite 1906<br>Chicago, Illinois 60602<br><br>WELLCO CHEMICAL COMPANY (B-3)<br>Arthur M. Mintz, Esq.<br>100 North LaSalle St.<br>Chicago, Ill. 60602<br><br>SUWANNEE VALLEY CATTLE CO. (B-6)<br>Leo Greenfield, Esq.<br>1680 N.E. 135th Street<br>North Miami, Fla. 33181 | PHILLIP AND SHIRLEY GEORGE (B-7)<br>Howard A. Specter, Esq.<br>Litman, Litman, Harris &<br>  Specter<br>1320 Grant Bldg.<br>Pittsburgh, Pa. 15219<br><br>GARTH C. DOOLEY, ET AL. (B-8)<br>Stephen D. Susman, Esq.<br>Mandel & Wright<br>1901 First National Life Bldg.<br>Nineteenth Floor<br>Main at Rusk Streets<br>Houston, Texas 77002<br><br>ROSSVILLE PACKING CO. (B-2)<br>Lawrence H. Eigler, Esq.<br>Fortes, Eiger, Epstein<br>  & Skirnick<br>Suite 1100<br>Chicago, Ill.<br><br>KENNETH P. CHAMPNEY (B-4)<br>PAUL E. LABE, ETC. (B-5)<br>Arnold Levin, Esq.<br>Adler, Barish, Daniels,<br>  Levin & Creskoff<br>Rohm & Haas Bldg.<br>Sixth & Market Streets<br>2nd Floor<br>Philadelphia, Pa. 19106<br><br>PUERTO RICAN FARMS, INC. (C-1)<br>Ira Postel, Esquire<br>Shea, Gould, Climenko & Casey<br>330 Madison Avenue<br>New York, New York 10017<br><br>BERT ROWLAND (C-2)<br>Peter Perlman, Esq.<br>Darrell B. Hancock, Esq.<br>Fowler, Measle & Bell<br>Suite Four-A<br>Citizens Bank Square<br>Lexington, KY 40507 |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 272 -- IN RE POTASH INDUSTRY ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Amax, Inc. | A-1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11  B-1, 2, 3, 4, 5, 6, 7  C-1  C-2 |
| Amax Chemical Corp. | A-1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11  B-1, 2, 3, 4, 5, 6, 7  C-1  C-2 |
| Duval Corp. | A-1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11  B-1, 2, 3, 4, 5, 6, 7  C-1  C-2 |
| Duval Sales Corp. | A-1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11  B-1, 2, 3, 4, 5, 6, 7  C-1  C-2 |
| Freeport Minerals Co. | A-1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11  B-1, 2, 3, 4, 5, 6, 7  C-1  C-2 |
| International Minerals & Chemical Corp. | A-1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11  B-1, 2, 3, 4, 5, 6, 7  C-1  C-2 |
| National Potash Co. | A-1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11  B-1, 2, 3, 4, 5, 6, 7  C-1  C-2 |
| Potash Company of America | A-1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11  B-1, 2, 3, 4, 5, 6, 7  C-1 |
| Ideal Basic Industries, Inc. | A-3, 5, 6  B-4  B-5  C-2 |
| Kerr-McGee Corp. | A-6 |
| | |