DOCKET NO. 272

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE POTASH INDUSTRY ANTITRUST LITIGATION

TRANSFER ORDER

    It appears that all parties agree that the actions listed on the attached Schedule A and pending in districts other than the Northern District of Illinois should be transferred to that district for coordinated or consolidated pretrial proceedings with the actions listed on Schedule A and pending there. Upon consideration of the complaints filed, the papers submitted and the oral arguments presented to the Panel, we find that these actions involve common questions of fact and that transfer to the Northern District of Illinois will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

    IT IS THEREFORE ORDERED that all actions listed on the attached Schedule A and pending in districts other than the Northern District of Illinois be, and the same hereby are, transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Prentice H. Marshall for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the actions listed on Schedule A and pending in that district.

FOR THE PANEL:

John Minor Wisdom
Chairman

## Schedule A

DOCKET NO. 272 -- IN RE POTASH INDUSTRY ANTITRUST LITIGATION

### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Scien-Turf-IC Sod Farms, Inc. v. Amax, Inc., et al. | Civil Action No. 76-C-2855 |
| George W. Vineyard v. Amax, Inc., et al. | Civil Action No. 76-C-2833 |
| John Hogan, et al. v. Amax, Inc., et al. | Civil Action No. 76-C-2854 |
| Morcor, Inc., et al. v. Amax, Inc., et al. | Civil Action No. 76-C-2522 |
| Paul Brandlin v. Amax, Inc., et al. | Civil Action No. 76-C-2966 |
| The State of Illinois, etc. v. Amax, Inc., et al. | Civil Action No. 76-C-3135 |
| Maude Albrecht, etc. v. Amax, Inc., et al. | Civil Action No. 76-C-3252 |
| Rossville Packing Co., et al. v. Amax, Inc., et al. | Civil Action No. 76-C-3371 |
| Wellco Chemical Co. v. Amax, Inc., et al. | Civil Action No. 76-C-3583 |

### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Fairway Club, Ltd. v. Freeport Minerals Co., et al. | Civil Action No. 76-C-3267 |
| Smith & Brooks, Inc. v. Amax, Inc., et al. | Civil Action No. 76-C-3079 |

Page 2
Schedule A - Docket No. 272

## EASTERN DISTRICT OF TEXAS

Howard Williams, et al. v. Amax, Inc., et al.   Civil Action
                                                No. P-76-32-Ca

## NORTHERN DISTRICT OF TEXAS

Garth C. Dooley, et al. v. Amax, Inc.,          Civil Action
et al.                                          No. CA 3-76-1286-G

## SOUTHERN DISTRICT OF OHIO

Dunning Farms, Inc. v. Amax, Inc., et al.       Civil Action
                                                No. C-1-76-401

## SOUTHERN DISTRICT OF IOWA

Stine Seed Farm, Inc., et al. v. Amax,          Civil Action
Inc., et al.                                    No. 76-262-2

## EASTERN DISTRICT OF PENNSYLVANIA

Kenneth P. Champney v. Amax, Inc., et al.       Civil Action
                                                No. 76-2573

Paul E. Labe v. Amax, Inc., et al.              Civil Action
                                                No. 76-2552

## SOUTHERN DISTRICT OF FLORIDA

Suwannee Valley Cattle Co. v. Freeport          Civil Action
Minerals Co., et al.                            No. 76-1564-Civ-NCR

## DISTRICT OF VERMONT

Philip and Shirley George v. Amax, Inc.,        Civil Action
et al.                                          No. 76-190